# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON JARRELL SPIKES

NO.  2020 KW 0147

**APR 2 8 2020**

---

In Re:  Jason Jarrell Spikes, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 14-CR8-126847

---

**BEFORE:  WHIPPLE, C.J., GUIDRY AND WELCH, JJ.**

**WRIT DENIED.** See **State v. Brooks,** 2002-0792 (La. 2/14/03), 838 So.2d 778 (*per curiam*).

**VGW**
**JMG**
**JEW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT